IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION FILE NO. |
| v. | : 1:13-CR-180-ODE-JFK |
| | : |
| JOSE ANTONIO MARTINEZ (1); | : |
| EDUARDO FERNANDEZ (2); | : |
| JULIO GONZALEZ-TERCERRO (3); | : |
| and JOSE COTO-LOPEZ (4) | : |

## ORDER

This criminal case is before the Court on the Report and Recommendation of United States Magistrate Judge Janet F. King filed January 10, 2014 [Doc. 87]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Defendant Julio Gonzalez-Tercerro's motion to suppress his statements [Doc. 61] and his motion to sever the trial of his case from the trial of his co-defendants [Doc. 62] be denied. Specifically, the Magistrate Judge found that the totality of circumstances demonstrates that Defendant's statements to the agents were voluntary, and that at this stage of the proceedings Defendant has not established a basis for granting severance.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendant Gonzalez-Tercerro's motion to suppress statements [Doc. 61] and his motion for severance [Doc. 62] are DENIED.

SO ORDERED, this __10__ day of February, 2014.

                                                       _____
                                                       ORINDA D. EVANS
                                                       UNITED STATES DISTRICT JUDGE